FILED

08/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0146

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0146

_____

IN RE THE MARRIAGE OF:

JENNIFER BANZET, f/k/a JENNIFER BAILEY,

      Petitioner and Appellee,

and

BRIAN BAILEY,

      Respondent and Appellant.

_____

        O R D E R

Pursuant to the Internal Operating Rules of this Court, on August 9, 2023, this cause was classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Brian Bailey, to all counsel of record, and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 24 2023